People v Seeley (2024 NY Slip Op 05656)

People v Seeley

2024 NY Slip Op 05656

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND NOWAK, JJ.

336 KA 22-01947

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
LYNN SEELEY, DEFENDANT-APPELLANT. 

NATHANIEL BARONE, II, PUBLIC DEFENDER, MAYVILLE (ALEXANDRIA E. HAMANN OF COUNSEL), FOR DEFENDANT-APPELLANT. 
JASON L. SCHMIDT, DISTRICT ATTORNEY, MAYVILLE (MICHAEL J. PISKO OF COUNSEL), FOR RESPONDENT. 

 Appeal from an order of the Chautauqua County Court (David W. Foley, J.), entered November 28, 2022. The order, insofar as appealed from, designated defendant a sexually violent offender. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Memorandum: We are advised that, by order dated October 3, 2024, upon a redesignation hearing, County Court determined that defendant is a level one risk and did not designate him a sexually violent offender under the Sex Offender Registration Act (Correction Law § 168 et seq. ). We conclude that defendant's appeal, taken from the original order insofar as it designated him a sexually violent offender, must be dismissed (see generally Matter of McGrath , 245 AD2d 1081, 1082 [4th Dept 1997]).
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court